■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON WEST, Appellant.— Order of January 30, 1962 resettled to provide: Ordered that the judgment of conviction be and hereby is reversed and a new trial granted for the reasons and purpose stated in *People* v. *Loria* (10 N Y 2d 368) and upon its authority. We do not consider the other contentions advanced by appellant herein to warrant a reversal. Except for the asserted question of law the court would have affirmed on the facts. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEAN CARON, Appellant.— Motion for an order reversing a judgment of conviction and ordering a new trial upon the ground that the trial minutes are incomplete, granted. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

## (March 22, 1963)

In the Matter of the Claim of MARIA L. CASTELL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the November 1963 Term on or before October 1, 1963, in which event motions denied. Cross motions to waive the filing and serving of the Hearing Referee's transcripts denied. Appellants' attention is called to rule VII of the rules of this court. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

## (March 25, 1963)

■ In the Matter of the Claim of GERARD RUSSO, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Decision of January 11, 1963 (*ante*, p. 846) and order of January 28, 1963 amended to delete the award of costs to claimant-respondent. Motion by Philip C. Learned, Esq., granted and his fee fixed at $150 and his disbursements at $38.16. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of SHIRLEY S. LAURIA, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Decision of January 11, 1963 (*ante*, p. 848) and order of January 28, 1963 amended to delete the award of costs to claimant-respondent. Motion by Philip C. Learned, Esq., granted and his fee fixed at $150. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of P. V. GUEVARA, Respondent. HOTEL SYRACUSE, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Decision of October 31, 1962 (17 A D 2d 876) and order of November 5, 1962 amended by deleting the award of one bill of costs to respondents and to provide for costs to the Industrial Commissioner. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.